UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JAMES HULCE on behalf of himself and others similarly situated, | Case No.: 2020-CV-775 |
| Plaintiff, | |
| v. | |
| LUSTRE-CAL CORPORATION, | |
| Defendant. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of its Brief regarding the Application of *Amerifactors* and *Ryerson* (ECF No. 27) and its Response Brief regarding the Application of *Amerifactors* and *Ryerson* (ECF No. 31) Defendant Lustre-Cal Corporation calls the attention to *Career Counseling, Inc. v. Amerifactors Fin. Grp., LLC*, Civil Action No. 3:16-cv-03013-JMC, 2021 U.S. Dist. LEXIS 132869, *19-24 (D.S.C. July 16, 2021). There, the court held:

> As a result of the foregoing, the court is required to find that the CGAB's declaratory ruling is entitled to Hobbs Act deference. If there is a putative class in this case, it will not have class members who received a fax from AFGL by means of an online fax service.

*Id*. at 2021 U.S. Dist. LEXIS 132869, *24. A true and correct copy of that decision is provided as attached to this notice.

Dated this 3rd day of August, 2021.

        *s/Alyssa A. Johnson*
        Alyssa A. Johnson, State Bar No. 1086085
        Attorneys for Defendant LUSTRE-CAL CORPORATION
        **HINSHAW & CULBERTSON LLP**
        100 E. Wisconsin Avenue, Suite 2600
        Milwaukee, WI 53202
        Phone No. 414-276-6464
        Fax No. 414-276-9220
        E-mail Address: ajohnson@hinshawlaw.com