UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JAMES HULCE on behalf of himself and others similarly situated,

    Plaintiff,

v.

LUSTRE-CAL CORPORATION,

    Defendant.

Case No.: 2020-CV-775

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that effective October 8, 2021, Alyssa A. Johnson is no longer associated with Hinshaw & Culbertson LLP and counsel hereby notifies the Court of her withdrawal as counsel of record for Defendant Lustre-Cal Corporation. Lustre-Cal Corporation continues to be represented by David Schultz and John Ryan of Hinshaw & Culbertson LLP.

Counsel for Lustre-Cal Corporation hereby request that the Clerk of Court remove the following email address from its ECF notice in this action: ajohnson@hinshawlaw.com.

Dated this 8th day of October, 2021.

*Electronically signed by Alyssa A. Johnson*
Alyssa A. Johnson, State Bar No. 1086085
Attorneys for Defendant Lustre-Cal Corporation
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Phone No. 414-276-6464
Fax No. 414-276-9220
E-mail Address(es):
ajohnson@hinshawlaw.com