UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JAMES HULCE on behalf of himself and others
similarly situated,

              Plaintiff,

v.

LUSTRE-CAL CORPORATION,

              Defendant.

Case No.:  2020-CV-775

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

---

In further support of its Brief regarding the Application of *Amerifactors* and *Ryerson* (ECF No. 27) and its Response Brief regarding the Application of *Amerifactors* and *Ryerson* (ECF No. 31) Defendant Lustre-Cal Corporation calls the attention to *Jeffrey Katz Chiropractic, Inc. v. Diamond Respiratory Care, Inc.*, Civil Action No. 20-cv-04108-CRB, 2021 U.S. Dist. LEXIS 236314, *12-13 (N.D.Cal. Dec. 9, 2021). There, the court held:

> The complaint in this case seeks the remedy for a viable TCPA claim—precisely the relief foreclosed by *Amerifactors*. And the *Amerifactors* decision is clearly final: it is not tentative and it determines the rights and obligations under the TCPA.

*Id*. at 2021 U.S. Dist. LEXIS 236314, *12-13.  A true and correct copy of that decision is attached to this notice.

Dated this 15th day of December, 2021.

                                            */s/ John P. Ryan*

John P. Ryan
Attorneys for Defendant LUSTRE-CAL
CORPORATION
**HINSHAW & CULBERTSON LLP**
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Phone No.  312-704-3000
Fax No.  312-704-3001
E-mail Address: jryan@hinshawlaw.com

2

1033547\309716864.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2021, a copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ John P. Ryan*

John P. Ryan
151 N. Franklin St – Ste 2500
Chicago, IL  60606
Tel:    312/704-3000