# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

JAMES HULCE,
*Plaintiff,*

v.  Case No. 2020-CV-775

LUSTRE-CAL CORPORATION,
*Defendant(s).*

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LUSTRE-CAL CORPORATION.

Date: June 16, 2022

*/s/ Joseph D. Kern*
*Attorney's signature*

Joseph D. Kern – Bar No. 6306314
*Printed name and bar number*

Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
*Address*

jkern@hinshawlaw.com
*E-mail address*

(312) 704-3000
*Telephone number*

(312) 704-3001
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on **June 16, 2022,** I electronically filed the forgoing **APPEARANCE OF COUNSEL** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

Date:  June 16, 2022

/s/ Joseph D. Kern
*Attorney's signature*

Joseph D. Kern – Bar No. 6306314
*Printed name and bar number*