IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JAMES HULCE on behalf of himself and others similarly situated | : <br> : <br> : |
| Plaintiff, | : Case No. 20-cv-775 <br> : |
| v. | : <br> : <br> : |
| LUSTRE-CAL CORPORATION | : <br> : |
| Defendant. | : <br> : <br> : / |

**PLAINTIFF'S EMERGENCY MOTION TO CONTINUE HEARING**

Plaintiff's counsel advises the Court that due to a nationwide telephone network outage, *see, e.g.,* https://www.cnn.com/2024/02/22/tech/att-cell-service-outage/index.html, Plaintiff's counsel have been without telephone service for over one hour and are currently without telephone service. There is presently no timeframe for when service will be restored. Accordingly, Plaintiff's counsel respectfully request that the Court continue the February 22, 2024 telephonic hearing on Defendant's motion to dismiss until after the Supreme Court's upcoming ruling in *Loper Bright Enterprises v. Raimondo*, No. 22-451, relating to the application of *Chevron* deference.

Respectfully submitted,

Dated: February 22, 2024     */s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
Kaufman P.A.
267 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Anthony I. Paronich
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff and the putative Class*

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I electronically filed the foregoing, which provided a copy to all counsel of record through the Court's CM/ECF system.

<u>/s/ Avi R. Kaufman</u>
Avi R. Kaufman