# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

JAMES HULCE on behalf of himself and others similarly situated

    Plaintiff,

v.

LUSTRE-CAL CORPORATION

    Defendant.

Case No. 20-cv-775

## PLAINTIFF'S MOTION TO CONTINUE HEARING

Plaintiff respectfully requests for good cause a continuance of the hearing rescheduled for March 1, 2024 at 1:30 p.m.

The hearing was originally set for February 22, 2024, but due to the nationwide cellular telephone network outage the Court continued the telephonic hearing on Defendant's motion to dismiss, and reset the hearing for March 1.

Plaintiff's counsel is unavailable at the rescheduled date and time. Plaintiff's counsel Mr. Paronich has a previously scheduled federal court hearing and is traveling on March 1. And Plaintiff's counsel Mr. Kaufman has a previously scheduled medical appointment.

This request for a continuance is made in good faith and Defendant does not oppose the requested continuance. No other Court ordered deadline will be affected by the requested continuance.

Dated: February 28, 2024

Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4

Coral Gables, FL 33133
Telephone: (305) 469-5881

Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff and the putative Class*

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing, which provided a copy to all counsel of record through the Court's CM/ECF system.

/s/ Avi R. Kaufman
Avi R. Kaufman