IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JAMES HULCE on behalf of himself and others similarly situated | : : : |
| Plaintiff, | : Case No. 20-cv-775 : |
| v. | : : : |
| LUSTRE-CAL CORPORATION | : : |
| Defendant. | : : : |

## NOTICE OF SETTLEMENT

Plaintiff James Hulce hereby notifies the Court that the parties have reached a resolution to resolve this matter in principle. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

Dated: April 5, 2024

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
*Attorneys for Plaintiff and the putative Class*

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically filed the foregoing, which provided a copy to all counsel of record through the Court's CM/ECF system.

*/s/ Avi R. Kaufman*
Avi R. Kaufman
