IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| JAMES HULCE on behalf of himself and others similarly situated | : : : | |
| Plaintiff, | : : | Case No. 20-cv-775 |
| v. | : : : | |
| LUSTRE-CAL CORPORATION | : : : | |
| Defendant. | : : | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hulce hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: May 8, 2024

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
*Attorneys for Plaintiff and the putative Class*

CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2024, I electronically filed the foregoing, which provided a copy to all counsel of record through the Court's CM/ECF system.

<i>/s/ Avi R. Kaufman</i><br>
Avi R. Kaufman